David C. West #3426
Chapter 7 Trustee
321 N. Mall Dr., #O-202
St. George, UT 84790
Tel. (435) 673-0790
Fax (435) 652-8269

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 SEP -9 AM 11: 16

DISTRICT OF UTAH
MAIL

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy Case No. 10-34382 WTT |
| PAUL MILES HORSLEY and TIFFANY ELLEN HORSELY, | Chapter 7 |
| Debtors. | |

### DEPOSIT OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

David C. West, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. That amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The funds are on deposit in The Bank of New York Mellon, Account # 92004051595566.

3. The claimants and amounts are as follows:

Alltel                                    $ 4.06
Bankruptcy Dept. -1269 B5F3-B
1 Allied Drive
Little Rock, AR 72202-9918

4. A check in the amount of $4.06, representing said small dividends and unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 7th day of September, 2011.

David C. West, Trustee



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Small Dividends and Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 7th day of September, 2011.

U.S. Trustees Office
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111

_David C. West_
David C. West